**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:10-cv-12186-RWZ |
| v. | ) ) | |
| STILL RIVER SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT STILL RIVER SYSTEMS, INC.'S RULE 12 MOTION**

Defendant Still River Systems, Inc. ("Still River") respectfully moves, pursuant to Fed. R. Civ. P. 12 ("Rule 12"), that this Court dismiss Plaintiff Massachusetts Institute of Technology's ("Plaintiff's") Count I for Correction of Inventorship of U.S. Patent No. 7,728,311 and Count II for Declaratory Judgment of Ownership Interest in U.S. Patent No. 7,728,311 from Plaintiff's Complaint in this action for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) or, in the alternative, that it order Plaintiff to provide a more definite statement as to said Counts I-II pursuant to Rule 12(e).  Still River additionally moves that the Court strike Plaintiff's request for "reasonable attorneys' fees" from Plaintiff's Prayer for Relief in its Complaint in this action pursuant to Rule 12(f), or otherwise dismiss Plaintiff's prayer for attorneys' fees for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

The grounds for this motion are: 1) Plaintiff fails to include allegations in its Complaint in this action regarding the specific claims of U.S. Patent No. 7,728,311 it alleges its research engineer (Dr. Timothy A. Antaya) invented as is required to state claims on its Counts I-II, and Plaintiff's Counts I-II should therefore be dismissed or Plaintiff should be required to provide a more definite statement specifying which patent claims are at issue; and 2) Plaintiff's conclusory prayer for "reasonable attorneys' fees" should be stricken from its Complaint in this action as immaterial to Plaintiff's Counts I-II, or should otherwise be dismissed because Plaintiff fails to allege any statute or contract under which it may conceivably be entitled to fees, and no such authority exists.

In support of this motion, Still River relies on its accompanying Memorandum of Points and Authorities in Support of Defendant Still River Systems, Inc.'s Rule 12 Motion; Fed R. Civ. P. 12; the pleadings and papers on file in this action; such matters of which this Court may take judicial notice; and such other evidence and arguments as may be presented to the Court in connection with this motion at a hearing or otherwise.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Still River respectfully requests oral argument.

WHEREFORE, Still River respectfully requests the Court:

(1) grant a hearing on this motion;

(2) grant Still River's motion to dismiss Counts I-II from Plaintiff's Complaint in this action pursuant to Rule 12(b)(6), or grant its motion for a more definite statement as to Counts I-II pursuant to Rule 12(e) requiring Plaintiff to specify the claims of U.S. Patent No. 7,728,311 it contends were invented by its research engineer (Dr. Timothy A. Antaya);

(3) grant Still River's motion to strike Plaintiff's request for "reasonable attorneys' fees" from the Prayer for Relief in Plaintiff's Complaint in this action pursuant to Rule 12(f), or otherwise dismiss Plaintiff's prayer for attorneys' fees pursuant to Rule 12(b)(6); and

(4) grant such other and further relief as the Court deems just and proper.

Dated: January 20, 2011                                  Respectfully submitted,

STILL RIVER SYSTEMS, INC.

By its attorneys,

/s/ Zachary R. Gates
Mark Schonfeld (BBO # 446980)
    *mschonfeld@burnslev.com*
Deborah Peckham (BBO # 564865)
    *dpeckham@burnslev.com*
Zachary R. Gates (BBO #677873)
    *zgates@burnslev.com*
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

Roy Goldberg (*admitted pro hac vice*)
Don J. Pelto (*admitted pro hac vice*)
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
1300 I Street, N.W.
11th Floor East
Washington, DC 20005
Telephone: 202-218-0000
Facsimile: 202-218-0020

Michael A. Molano (*admitted pro hac vice*)
Nathaniel Bruno (*admitted pro hac vice*)
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-815-2600
Facsimile: 650-815-2601

## **CERTIFICATE OF SERVICE**

  I, Zachary R. Gates, Esq., hereby certify that on January 20, 2011, a copy of DEFENDANT STILL RIVER SYSTEMS, INC.'S RULE 12 MOTION was served via CM/ECF on all counsel of record for the Plaintiff.

                /s/ Zachary R. Gates
                Zachary R. Gates, Esq.