# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,  ) <br> ) <br> *Plaintiff / Counterclaim Defendant*, ) <br> ) <br> v. ) <br> ) <br> STILL RIVER SYSTEMS, INC., ) <br> ) <br> *Defendant / Counterclaim Plaintiff*. ) | Civil Action No. 1:10-cv-12186-RWZ |

## MOTION FOR WITHDRAWAL OF MICHAEL A. MOLANO
## AS COUNSEL FOR STILL RIVER SYSTEMS, INC.

Pursuant to District of Massachusetts Local Rule 83.5.2(c), Still River Systems, Inc. ("Still River") hereby respectfully requests that, effective immediately, Michael A. Molano be withdrawn as *pro hac vice* counsel for Still River in this action. As he is moving to another firm, he will no longer be associated with this case.

A further scheduling conference is scheduled to occur in this action on August 17, 2011. (*See* Dkt. 15.) That scheduling conference, as well as all other matters in this action, will be handled by Still River's other counsel of record in this action who have already appeared or who will appear, and who are already familiar with all aspects of the case.

Please remove Michael A. Molano from the docket, and from all emails, mailing or service lists, and/or notifications relating to this action.

RESPECTFULLY SUBMITTED THIS 20th DAY OF APRIL, 2011,

        STILL RIVER SYSTEMS, INC.

        By its attorneys,

        /s/ Zachary R. Gates
        Mark Schonfeld (BBO # 446980)
          *mschonfeld@burnslev.com*
        Deborah Peckham (BBO # 564865)
          *dpeckham@burnslev.com*
        Zachary R. Gates (BBO #677873)
          *zgates@burnslev.com*
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA 02110-1624
        Telephone: 617-345-3000
        Facsimile: 617-345-3299

        Roy Goldberg (*pro hac vice*)
        Don J. Pelto (*pro hac vice*)
        SHEPPARD MULLIN
        RICHTER & HAMPTON LLP
        1300 I Street, N.W.
        11th Floor East
        Washington, DC 20005
        Telephone: 202-218-0000
        Facsimile: 202-218-0020

        Nathaniel Bruno (*pro hac vice*)
        SHEPPARD MULLIN
        RICHTER & HAMPTON LLP
        390 Lytton Avenue
        Palo Alto, CA 94301
        Telephone: 650-815-2600
        Facsimile: 650-815-2601

ASSENTED TO:

/s/ Steven Bauer
Steven Bauer, Esq.
COUNSEL FOR PLAINTIFF

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      I, Zachary R. Gates, attorney for the Defendant, hereby certify that I have conferred with counsel for Plaintiff, in a good faith effort to resolve or narrow the issues raised in this Assented-to Motion for Withdrawal of Michael Molano as Counsel for Still River Systems, Inc., and that on April 20, 2011, Attorney Bauer agreed to the relief sought in this Motion.

                                                  /s/ Zachary R. Gates
                                                  Zachary R. Gates, Esq.

## CERTIFICATE OF SERVICE

      I, Zachary R. Gates, Esq., hereby certify that on April 20, 2011, a copy of Still River Systems, Inc.'s **MOTION FOR WITHDRAWAL OF MICHAEL A. MOLANO AS COUNSEL FOR STILL RIVER SYSTEMS, INC.** was served via CM/ECF on all counsel of record for the Plaintiff.

                                                  /s/ Zachary R. Gates
                                                  Zachary R. Gates, Esq.