# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>MEVION MEDICAL SYSTEMS, INC.,<br><br>*Defendant/Counterclaim Plaintiff*. | Civil Action No: 1:10-cv-12186 |

## JOINT STATUS REPORT

The parties Massachusetts Institute of Technology ("MIT") and Mevion Medical Systems, Inc. ("Mevion") jointly and respectfully submit this statement to the Court, apprising the Court of the progress the parties have made, pursuant to the Court's order, dated July 15, 2011.

The case is moving steadily to trial. All discovery and depositions will be concluded as of this Friday, January 20, 2012. Over the course of discovery, the parties have conferred and agreed to modify the discovery and pre-trial schedule because the parties recognized the need to reorganize the deadlines and to add a few for clarity. The Special Master signed the amended schedule on January 9, 2012.

In accordance with this new schedule, the parties plan to exchange final direct testimony declarations and disclose a witness who will provide a technology tutorial to the Special Master on January 24, 2012. The parties have further agreed to send the Special Master a joint pre-hearing submission on February 2, 2012 giving (a) an overview of the dispute, (b) uncontested facts, (c) contested facts, (d) uncontested law, and (e) contested law, and that will also include, as

- 2 -

exhibits, all witness declarations and the technology tutorial presentations that will have been exchanged by the parties by that time.

The hearing is scheduled for February 8-9, 2012, and the parties anticipate that they will be prepared by then for trial. The parties have contacted the Court's clerk who has reserved Courtroom #12 for this hearing for those two days. The parties have also conferred and agreed to some hearing protocol that they intend to follow at trial. The parties have shared their proposal with the Special Master and he has approved, with the caveat that since the parties have agreed that each day of the hearing will proceed from 8:30am to 6:30pm, the parties should confer with the Court's stenographer to make sure that the Court's stenographer is available and that such a schedule is amenable to him/her.

During the course of discovery, the parties have made an effort to resolve their differences short of trial, but have concluded that settlement is not a possibility at this time.

Dated:  January 19, 2012

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ *Nathaniel Bruno* | /s/ *Sharada Devarasetty* |
| Mark Schonfeld (BBO# 446980) | Steven M. Bauer (BBO #542531) |
| *mschonfeld@burnslev.com* | Sharada Devarasetty (BBO #672514) |
| Zachary R. Gates (BBO #677873) | Proskauer Rose LLP |
| *zgates@burnslev.com* | One International Place |
| BURNS & LEVINSON LLP | Boston, MA  02110-2600 |
| 125 Summer Street | Telephone: (617) 526-9600 |
| Boston, MA 02110-1624 | Facsimile: (617) 526-9899 |
| Telephone: 617-345-3000 | sbauer@proskauer.com |
| Facsimile: 617-345-3299 | sdevarasetty@proskauer.com |
| | |
| Roy Goldberg | Attorneys for Plaintiff, |
| Don J. Pelto | MASSACHUSETTS INSTITUTE OF |
| SHEPPARD MULLIN | TECHNOLOGY |
| RICHTER & HAMPTON LLP | |
| 1300 I Street, N.W. | |
| 11th Floor East | |
| Washington, DC 20005 | |
| Telephone:  202-218-0000 | |
| Facsimile: 202-218-0020 | |

Russell Hill
Nathaniel Bruno
Robyn Christo
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA 94301
Telephone:  650-815-2600
Facsimile: 650-815-2601

Attorneys for Defendant,
MEVION MEDICAL SYSTEMS, INC.

- 4 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the parties' Joint Status Report filed through the Court's ECF system on January 19, 2012, was sent electronically on the same day to the registered participants as identified on the Notice of Electronic Filing.

                                         /s/ Sharada Devarasetty
                                         Sharada Devarasetty