UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>MEVION MEDICAL SYSTEMS, INC.<br><br>      Defendant / Counterclaim Plaintiff. | Civil Action No. 1:10-cv-12186-RWZ |

## JUDGMENT

Having reviewed and considered the Special Master's Report and Recommendation on Inventorship submitted by Special Master Gale R. Peterson and filed as Docket No. 37 in this action on December 18, 2012 (the "Special Master's Report"), recommending that judgment in this action be granted in favor of Defendant/Counterclaim Plaintiff Mevion Medical Systems, Inc. ("Mevion"), the Court hereby ADOPTS and incorporates by reference herein the Special Master's Report (including all of its recommendations) in its entirety. Pursuant to the standard of review set forth in the Joint Motion to Appoint Special Master (Docket No. 22) entered as an order of this Court on July 18, 2011, the Court finds that the Special Master's Report contains no clear error as to any substantive (factual or legal) matter and no abuse of discretion as to any procedural matter.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is granted and shall be entered in favor of Mevion and against Plaintiff/Counterclaim Defendant Massachusetts Institute of Technology ("MIT") with respect to all of MIT's claims pled in its

-2-

Complaint (Docket No. 1) and with respect to all of Mevion's counterclaims pled in its Counterclaims (Docket No. 13), such that by this Judgment Dr. Kenneth Gall is confirmed to be the sole inventor of United States Patent No. 7,728,311 and Mevion is confirmed to be the sole owner of United States Patent No. 7,728,311.

It is further ORDERED, ADJUDGED, and DECREED that MIT and Mevion shall each bear their own respective attorneys' fees, costs, and other expenses incurred in connection with this action.

The clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

Dated: __March 4, 2013__

_____
Honorable Rya W. Zobel
United States District Judge

4845-5201-6147.1